UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ZIM INTEGRATED SHIPING SERVICES LTD.    :

                Plaintiffs,    :    ORDER

    -v.-    :

                       24 Civ. 552 (KPF) (GWG)

ENTREPOTS ET TRANSPORT BARBES et al.,    :

                Defendants.    :
--------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     Per the Court's discussion with the parties at a telephone conference held today, the settlement conference scheduled for September 30, 2024, is cancelled. The parties shall write to the Court when they are prepared to participate in such a conference.

     SO ORDERED.

Dated: September 23, 2024
      New York, New York

                                  GABRIEL W. GORENSTEIN
                               United States Magistrate Judge