UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIM INTEGRATED SHIPPING SERVICES LTD., <br><br> Plaintiff, <br><br> -v.- <br><br> ENTREPOTS ET TRANSPORT BARBES *d/b/a* SEAFRIGO GROUP LE HAVRE; SEAFRIGO USA, INC., and LA BOULANGERIE DES GOURMETS, <br><br> Defendants. | 24 Civ. 552 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court understands that the parties requested that Magistrate Judge Gabriel W. Gorenstein adjourn the contemplated settlement conference *sine die,* and that Judge Gorenstein cancelled the telephone conference scheduled for September 30, 2024. The parties are directed submit a joint letter to this Court proposing next steps in this case on or before **November 4, 2024**.

SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                            *Katherine Polk Failla*
                                            _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge